UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DOROTHY MAYS     PLAINTIFF

v.     Civil No. 1:18-cv-00109-GHD-RP

EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;     DEFENDANTS

## ORDER SUPERSEDING SHOW CAUSE ORDER

The Court, upon review of the order entered in the case *sub judice* on Thursday, June 21, 2018, the Court notes that federal jurisdiction in the case is founded on "federal question" jurisdiction. Accordingly, the previous order addressing the membership of the limited liability company Defendants (Doc. 5) is hereby SUPERSEDED by this order. The Court acknowledges that it has subject matter jurisdiction.

SO ORDERED, this 25 day of June, 2018.

*[signature]*
SENIOR U.S. DISTRICT JUDGE