IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DOROTHY MAYS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:18-CV-109-GHD-RP**

**EQUIFAX INFORMATION
SERVICES, LLC, ET AL.** **DEFENDANTS**

## ORDER ADMITTING COUNSEL PRO HAC VICE

The Court has considered the motion to have attorney Wallace Whitney Seals *pro hac vice* on behalf of Dorothy Mays. Docket 7, 8. After reviewing the motion, the supplement, and the record, the Court finds that the requirements of L.U.Civ.R. 83.1(d) have been met, and the motion should be granted, but only on condition that counsel pays the admission fee and registers to be served electronically with orders and notices from the court by no later than July 9, 2018. Counsel may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney Registration Form.

**SO ORDERED**, this the 2nd day of July, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE