UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

**DOROTHY MAYS**

V.   CASE NO. 1:18CV109-GHD-RP

**EQUIFAX INFORMATION SERVICES, LLC, ET AL**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time and place set forth below:

**Place**
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

**Room No.**
911 Jackson Ave., Room 242

**Date and Time**
**September 6, 2019 at 10:00 a.m.**

**Type of Proceeding**
FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY

DAVID CREWS
Clerk of Court

/s/ Rebekah Capps
Courtroom Deputy

Date: September 19, 2018

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**