UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

DOROTHY MAYS

      V.             CASE NO. 1:18CV109-GHD-RP

EQUIFAX INFORMATION SERVICES, LLC, ET AL

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
FEDERAL BLDG.
Oxford, MS.

**Room No.**
911 Jackson Ave., Suite 242

**Date and Time**
**March 21, 2019 at 1:00 p.m.**

**Type of Proceeding**

### SETTLEMENT CONFERENCE

**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**
CONFIDENTIAL SETTLEMENT MEMO DUE March 14, 2019

DAVID CREWS
Clerk of Court

/s/ Rebekah Capps
Courtroom Deputy

Date: September 19, 2018

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**