# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

DOROTHY MAYS                                                    PLAINTIFF

v.                                              Civil No. 1:18-cv-00109-GHD-DAS

EQUIFAX INFORMATION SERVICES, LLC                      DEFENDANT

## ORDER DISMISSING CASE BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this the ___4th___ day of June, 2019.

_Glen H. Davidson_____

SENIOR U.S. DISTRICT JUDGE